**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **No Name Restaurant, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **04-2203977** | |
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **15 1/2 First Pier**<br>**Boston, MA 02210**<br>Number, Street, City, State & ZIP Code | **12 Otis Place**<br>**Boston, MA 02108**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Suffolk**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **nonamerestaurant.com** | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Case 19-14373   Doc 1   Filed 12/30/19   Entered 12/30/19 12:41:48   Desc Main
Document   Page 2 of 39

Debtor   **No Name Restaurant, Inc.** _____   Case number (*if known*) _____

Name

---

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

Debtor    **No Name Restaurant, Inc.**                                     Case number (*if known*) _____
          Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **15 1/2 Fist Pier**
                             **Boston, MA, 02110-0000**
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☑ Yes.    Insurance agency    **William Goodrich Insurance Agency**

          Contact name        **William Goodrich**

          Phone               **617-698-5544**

---

**███ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| **14. Estimated number of creditors** | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

| **15. Estimated Assets** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | No Name Restaurant, Inc. | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2019**
               MM / DD / YYYY

X _____          **Yannis Contos**
Signature of authorized representative of debtor    Printed name

Title    **Vice President, Secretary**

**18. Signature of attorney**

X _____          Date    **December 30, 2019**
Signature of attorney for debtor                    MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone    **508-543-0040**        Email address    **alston@mandklip.com**

**552968 MA**
Bar number and State

## CONSENT OF SOLE SHAREHOLDER

By consent of its sole shareholder, No Name Restaurant, Inc. (the "Company"), does

hereby approve, consent to and take the following actions:

VOTED:    That the Company seek relief under Chapter 7 of the Bankruptcy Code,
and that Yannis Contos, the Vice President of the Company (the
"Authorized Officer"), is hereby authorized (i) to prepare and file on
behalf of the Company a petition for relief under Chapter 7 of the
Bankruptcy Code, (ii) to execute on behalf of the Company such petition,
schedules and statements as the Authorized Officer may deem necessary
or appropriate in connection therewith, (iii) to take such steps on behalf of
the Company as may be necessary or appropriate to the Company's
bankruptcy case and (iv) to execute such further documents and do such
further acts as the Authorized Officer may deem necessary or appropriate
with respect to the foregoing, including the delegation of such foregoing
authority to other officers and employees of the Company; the execution
of any document or the doing of any act by the Authorized Officer in
connection with such proceedings to be conclusively presumed to be
authorized by this vote;

FURTHER
VOTED:    That the law firm of Madoff & Khoury LLP be retained as counsel to
represent the Company in all proceedings commenced under or resulting
from these votes;

FURTHER
VOTED:    That this written consent be filed in the minute book of the Company.


Dated: December 30, 2019

_____
Katerina Contos, Sole Shareholder

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re __No Name Restaurant, Inc.__                                       Case No. _____

                                 Debtor(s)              Chapter    __7__

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I [We] _____Yannis Contos_____, *hereby declare(s) under penalty of perjury* that all of the information contained in the Petition, Schedules, Lists and Statements (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:

                       Signed: _____

                                Yannis Contos
                                (Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

                    Signed: _____

                                David B. Madoff 552968
                                Attorney for Affiant

**Fill in this information to identify the case:**

Debtor name  __No Name Restaurant, Inc.__

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 30, 2019__        X _____
Signature of individual signing on behalf of debtor

**Yannis Contos**
Printed name

**Vice President, Secretary**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **No Name Restaurant, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*...................................................................................    $    **0.00**

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................    $    **212,857.00**

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................    $    **212,857.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **422,079.47**

4. Total liabilities ........................................................................................................................
   Lines 2 + 3a + 3b       $    **422,079.47**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **No Name Restaurant, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$5,900.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Sovereign Bank** | **Operating Account** | 0215 | **$20,000.00** |
| 3.2. | **Sovereign Bank** | **Payroll Account** | 0298 | **$0.00** |
| 3.3. | **Sovereign Bank** | **Charge Account** | 1406 | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $25,900.00 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **No Name Restaurant, Inc.**                                    Case number *(If known)* _____
　　　　　Name

| 7.1. | **Security deposit with MassPort** | **$14,907.00** |
|---|---|---|

| 7.2. | **Utility deposit** | **$50.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                               **$14,957.00**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **0.00**    -    **0.00**    = ....        **Unknown**
　　　　　　　　　　　　　 face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                               **$0.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Food, beer and wine inventory (net book value is estimated); Perishable;  Purchased within 20 days of filing** | | **$35,000.00** | **Estimated** | **Unknown** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **No Name Restaurant, Inc.** | Case number (If known) |
|---|---|---|
| | Name | |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Restaurant equipment and furniture | $32,000.00 | Cost - Depreciat | $32,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$32,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **No Name Restaurant, Inc.**

Case number *(If known)* _____

Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Debtor's Commercial Lease with Massport may have significant value** | | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>No Name Restaurant trade name | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites**<br>www.nonamerestaurant.com | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties**<br>**City of Boston Common Victualers license**<br>**(wine and malt beverages with liqueurs)** | **$0.00** | **Comparable sales** | **$140,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **No Name Restaurant, Inc.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$140,000.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor    **No Name Restaurant, Inc.**                                    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,900.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,957.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $32,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $140,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $212,857.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $212,857.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **No Name Restaurant, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **No Name Restaurant, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **Massachusetts Department of Revenue** **Bankruptcy Unit** **P.O. Box 9564** **Boston, MA 02114** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Meals taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **Massachusetts Department of Revenue** **Bankruptcy Unit** **P.O. Box 9564** **Boston, MA 02114** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Corporate excise tax** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| Debtor | No Name Restaurant, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Massachusetts Department of Revenue** **Bankruptcy Unit** **P.O. Box 9564** **Boston, MA 02114** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Paid Family Medical Leave Act**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Massachusetts Department of Revenue** **Bankruptcy Unit** **P.O. Box 9564** **Boston, MA 02114** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**EMAC supplemental**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,167.12 |
|---|---|---|---|
| | **A-1 Exterminators** **P.O. Box 310** **Lynn, MA 01903** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,036.80 |
|---|---|---|---|
| | **Allways Health Partners** **399 Revolution Drive** **Somerville, MA 02145** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,752.50 |
|---|---|---|---|
| | **Beau's Seafood** **9 Fish Piers Street E** **Boston, MA 02210** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **No Name Restaurant, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,849.04 |
|---|---|---|---|

**Boston Lobster Company**
**345 W 1sst Street**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | | $92,557.86 |
|---|---|---|---|

**City of Boston**
**One City Hall Square**
**Boston, MA 02201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | $537.05 |
|---|---|---|---|

**Comcast Business**
**PO Box 70219**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | $3,507.88 |
|---|---|---|---|

**Cram Seafood Company**
**145 Shirley Street**
**Boston, MA 02119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | $2,111.25 |
|---|---|---|---|

**Dex-YP**
**PO Box 619810**
**DPW Airport**
**Dallas, TX 75261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | | $776.22 |
|---|---|---|---|

**Emcor Services**
**80 Hawes Way**
**South Walpole, MA 02071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | $3,631.20 |
|---|---|---|---|

**Eversource**
**PO Box 56007**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **No Name Restaurant, Inc.** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,355.02** |
| --- | --- | --- | --- |

**Horizon Beverage Company**
**45 Commerce Way**
**Norton, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$979.48** |
| --- | --- | --- | --- |

**HT Berry Co., Inc.**
**50 North Street**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,200.30** |
| --- | --- | --- | --- |

**Ipswich Maritime Products**
**PO Box 388**
**Ipswich, MA 01938**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,102.40** |
| --- | --- | --- | --- |

**Ipswich Shellfish Co.**
**8 Hayward Street**
**Ipswich, MA 01938**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,419.03** |
| --- | --- | --- | --- |

**James Hook & Co.**
**15-17 Northern Avenue**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,993.80** |
| --- | --- | --- | --- |

**John Nagle Co.**
**306 Northern Avenue**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,797.00** |
| --- | --- | --- | --- |

**JRM Hauling & Recycling Service**
**265 Newbury Street**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **No Name Restaurant, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,053.50** |
|---|---|---|---|

**Keezer Sportswear & Landmark Graphics**
**106 Finnell Drive, Suite 5**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,676.15** |
|---|---|---|---|

**Kyler's Catch Seafood**
**2 Washburn Street**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,036.03** |
|---|---|---|---|

**Lavallee's Bakery Distributors**
**117 Beaver Street**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Lenox-Martel, Inc.**
**89 Heath Street**
**Jamaica Plain, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,820.30** |
|---|---|---|---|

**Liberty Mutual Insurance**
**PO Box 2839**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,474.74** |
|---|---|---|---|

**Maine Coast Shell Fish LLC**
**15 Hannaford Drive #2**
**York, ME 03909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,093.43** |
|---|---|---|---|

**Martinez Seafood Inc.**
**212 Northern Avenue**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **No Name Restaurant, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,050.19** |
|---|---|---|---|

**Massachusetts Port Authority**
**One Harborside Drive, Suite 200S**
**East Boston, MA 02128-0290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,417.00** |
|---|---|---|---|

**Miller & Bisson PC**
**One Dundee Park, Suite 3**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,899.55** |
|---|---|---|---|

**National Grid**
**P.O.Box 11735**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$818.61** |
|---|---|---|---|

**NE Coffee**
**100 Charles Street**
**Malden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$712.00** |
|---|---|---|---|

**Primarque Products Co.**
**100 Grand Street**
**Worcester, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,747.03** |
|---|---|---|---|

**Sysco**
**99 Spring Street**
**Plympton, MA 02367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,286.79** |
|---|---|---|---|

**The Farmland**
**415 Main Street**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **No Name Restaurant, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.20** |
|---|---|---|---|

**Truro Vineyards of Cape Cod, LLC**
**PO Box 834**
**11 Shore Road, Rte 6A**
**North Truro, MA 02652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 422,079.47 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 422,079.47 |

**Fill in this information to identify the case:**

Debtor name **No Name Restaurant, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Commercial lease through December of 2024** <br><br><br> **Massachusetts Port Authority** <br> **One Harborside Drive, Suite 200S** <br> **East Boston, MA 02128-0290** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **ATM lease** <br><br><br> **Unknown** |

| Fill in this information to identify the case: |
|---|

Debtor name **No Name Restaurant, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>_____<br>City        State        Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>_____<br>City        State        Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>_____<br>City        State        Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City        State        Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **No Name Restaurant, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **11/01/2019** to **Filing Date** | ☐ Operating a business ■ Other    **Gross Sales** | **$2,953,139.15** |
| **For prior year:** From **11/01/2018** to **10/31/2019** | ■ Operating a business ☐ Other | **$3,057,958.00** |
| **For year before that:** From **11/01/2017** to **10/31/2018** | ■ Operating a business ☐ Other | **$3,208,338.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

---

Debtor   **No Name Restaurant, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See general ledger attached hereto** | | **$744,497.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.   **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | No Name Restaurant, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Madoff & Khoury LLP<br>124 Washington Street, Suite 202<br>Foxborough, MA 02035** | **Attorney Fees** | **12/2019** | **$7,500.00** |
| | Email or website address<br>**alston@mandkllp.com** | | | |
| | Who made the payment, if not debtor?<br>**Katerina Contos** | | | |
| 11.2. | **Massachusetts Bankruptcy Court** | **Filing fee** | **12/2019** | **$335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Katerina Contos** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | No Name Restaurant, Inc. | Case number *(if known)* | |

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | Debtor's Employees<br><br>Relationship to debtor | On December 30, 2019, Debtor withdrew<br>$9,900 in cash and paid final payroll in<br>cash.  Remainder is cash on hand. | 12/30/19 | $0.00 |

---

**Part 7:**  **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

Debtor    **No Name Restaurant, Inc.** _____      Case number *(if known)* _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 15 1/2 First Pier | Massport | Unknown.  Massport has asserted sewage leakage.  Debtor disputes this | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor   **No Name Restaurant, Inc.**                                      Case number *(if known)* _____

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Brian Bisson**<br>**Miller & Bisson, PC**<br>**1 Dundee Park, Suite 3**<br>**Andover, MA 01810** | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Brian Bisson**<br>**(see above)** | |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Brian Bisson**<br>**(see above)** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☑ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No

    ☐ Yes. Give the details about the two most recent inventories.

Debtor    **No Name Restaurant, Inc.**                                    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katerina Contos | 15 Scotch Pine Cr. MA 02181 | President, Treasurer, Director | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anastasia Contos | 12 Otis Place Boston, MA 02108 | Vice President, Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Yannis Contos | 15 Scotch Pine Cr. MA 02181 | Vice President, Secretary, Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Demetrios Klidaras | 71 Rawson Avenue Quincy, MA 02170 | Vice President | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Demetrios Klidaras** | | | **Regular payroll** |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **No Name Restaurant, Inc.**_____    Case number *(if known)*_____

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2019**_____

**/s/ Yannis Contos**_____        **Yannis Contos**_____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Vice President, Secretary**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

No Name Restaurant Inc.
Vendor Transaction Summary
September 18, 2019 through December 18, 2019

| | | |
|---|---|---|
| Ad Agency | Advertising | 900.00 |
| Always Health Partner | Health Insurance | 15,036.54 |
| Analysis fees | bank fees | 786.19 |
| Anheuser-Busch Co | Purchases -liquor | 1,732.80 |
| AR ZBA | Advertising | 5,995.07 |
| Atlantic Brewing | Purchases -liquor | 2,528.27 |
| Beau's Seafood | Purchases - Food | 20,457.00 |
| Chevilier | Janitorial expense | 261.63 |
| Comcast | Telephone | 1,611.93 |
| Craft Brewers Guild | Purchases - liquor | 798.00 |
| Dimitrios Antonakes | Purchases - food | 5,566.70 |
| DUA | Unemployment supplement | 89.16 |
| Ecolabs | Supplies | 2,349.00 |
| Extra Space Storage | Storage | 3,000.00 |
| FDMS | Credit card fees | 15,744.01 |
| Boston Lobster | Purchases - Food | 29,000.00 |
| Burke Distributors | Purchasess - liquor | 16,860.44 |
| City of Boston | License and permits | 2,495.00 |
| Coca Cola | Purchases - food | 3,179.19 |
| Comm Mass | meals tax payments | 63,682.67 |
| Cram Seafood | Purchaes - food | 3,607.88 |
| Falvey | Linens | 1,502.17 |
| fedex kinko's | Printing | 264.37 |
| Global Wines | Purchaes - liquor | 1,332.00 |
| Goodrich Insurance | Insurance | 4,203.70 |
| Hallsmith Sysco | | 10,291.80 |
| Harpoon | Purchases - liquor | 666.00 |
| Horizon Beverages | Purchases - liquor | 6,572.62 |
| HT Berry Co. | Janitorial services | 979.48 |
| Hub Refrigeration | Repairs | 5,281.91 |
| Ideal Seafood | Purchases - food | 20,877.83 |
| Ipswich Maritime | Purchases - food | 38,418.46 |
| James Hook Lobster | Purchases - food | 8,431.75 |
| John Mantia & Sons Co | Purchases - food | 3,677.43 |
| John Nagle Co | Purchases - food | 30,802.56 |
| JRM Hauling & Recycling Service | Disposal | 7,797.00 |
| Kyler's Catch Seafood | purchases - food | 6,000.00 |
| LaVallee's Bakery | purchases - food | 4,500.00 |
| Lenox-Martell | Tap cleaning | 373.11 |
| Liberty Mutual | Insurance | 2,427.50 |

No Name Restaurant Inc.
Vendor Transaction Summary
September 18, 2019 through December 18, 2019
Page two of two

| | | |
|---|---|---|
| Maine Coast Shellfish LLC | purchases - food | 39,291.60 |
| Maritime Seafood | purchases - food | 9,639.75 |
| Martillaro Lobster | purchases - food | 7,000.00 |
| Martinez Seafood | purchases - food | 2,220.65 |
| MassPay Tx | Payroll taxes and processing fees | 92,907.69 |
| Massport | Rent | 27,020.69 |
| Michael D Kitenda | Janitorial services | 2,408.16 |
| MS Walker | Purchases - liquor | 1,880.00 |
| National Grid | Gas | 2,074.27 |
| New England Coffee | Purchases - food | 905.02 |
| One Call Ventilation | Repairs | 600.00 |
| Pat Whitely Show | Advertising | 1,800.00 |
| Payroll | payroll, net | 124,757.76 |
| Pine River Fish Market | Purchases - food | 3,528.00 |
| Portside Seafood | Purchases - food | 9,550.26 |
| Primargue Products Company Inc. | Purchases | 905.00 |
| Red's Best | Purchases - food | 550.00 |
| Reinhart Food Services | Purchases - food | 2,606.73 |
| Richard Arciero | Purchases - food | 3,820.00 |
| Royal Filter | Restaurant supplies | 750.00 |
| SOC | Mass Annual Report | 110.00 |
| Solomon Feldman | Legal services | 3,200.00 |
| Sysco | Purchases - food | 7,485.64 |
| Turo Wine | Purchases- liquor | 1,178.16 |
| US Food Services | purchases - food | 48,327.23 |
| | | 744,497.78 |

# United States Bankruptcy Court
## District of Massachusetts

In re __No Name Restaurant, Inc.__        Case No. _____

                       Debtor(s)        Chapter   __7_____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President, Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __December 30, 2019__          __/s/ Yannis Contos__

                                            **Yannis Contos/Vice President, Secretary**
                                            Signer/Title

A-1 Exterminators
P.O. Box 310
Lynn, MA 01903

Allways Health Partners
399 Revolution Drive
Somerville, MA 02145

Beau's Seafood
9 Fish Piers Street E
Boston, MA 02210

Boston Lobster Company
345 W 1sst Street
Boston, MA 02127

City of Boston
One City Hall Square
Boston, MA 02201

Comcast Business
PO Box 70219
Philadelphia, PA 19176

Cram Seafood Company
145 Shirley Street
Boston, MA 02119

Dex-YP
PO Box 619810
DPW Airport
Dallas, TX 75261

Emcor Services
80 Hawes Way
South Walpole, MA 02071

Eversource
PO Box 56007
Boston, MA 02205

Horizon Beverage Company
45 Commerce Way
Norton, MA 02766

HT Berry Co., Inc.
50 North Street
Canton, MA 02021

Ipswich Maritime Products
PO Box 388
Ipswich, MA 01938

Ipswich Shellfish Co.
8 Hayward Street
Ipswich, MA 01938

James Hook & Co.
15-17 Northern Avenue
Boston, MA 02210

John Nagle Co.
306 Northern Avenue
Boston, MA 02210

JRM Hauling & Recycling Service
265 Newbury Street
Peabody, MA 01960

Keezer Sportswear & Landmark Graphics
106 Finnell Drive, Suite 5
Boston, MA 02118

Kyler's Catch Seafood
2 Washburn Street
Peabody, MA 01960

Lavallee's Bakery Distributors
117 Beaver Street
Waltham, MA 02452

Lenox-Martel, Inc.
89 Heath Street
Jamaica Plain, MA 02130

Liberty Mutual Insurance
PO Box 2839
New York, NY 10116

Maine Coast Shell Fish LLC
15 Hannaford Drive #2
York, ME 03909

Martinez Seafood Inc.
212 Northern Avenue
Boston, MA 02210

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Massachusetts Port Authority
One Harborside Drive, Suite 200S
East Boston, MA 02128-0290

Miller & Bisson PC
One Dundee Park, Suite 3
Andover, MA 01810

National Grid
P.O.Box 11735
Newark, NJ 07101

NE Coffee
100 Charles Street
Malden, MA 02148

Primarque Products Co.
100 Grand Street
Worcester, MA 01610

Sysco
99 Spring Street
Plympton, MA 02367

The Farmland
415 Main Street
Wakefield, MA 01880

Truro Vineyards of Cape Cod, LLC
PO Box 834
11 Shore Road, Rte 6A
North Truro, MA 02652

# United States Bankruptcy Court
## District of Massachusetts

In re  **No Name Restaurant, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **No Name Restaurant, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 30, 2019**

Date

**/s/ David B. Madoff**

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **No Name Restaurant, Inc.**

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**